'08 MJ 2101

FILED
2008 JUL 11 AM 9:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALBERT RALPH FREEMAN III
Defendant.

MAGISTRATE CASE NO. ________

COMPLAINT FOR VIOLATION OF:

Title 18, United States Code § 2252(a)(4)(B) - Possession of visual depictions of minors engaged in sexually explicit conduct

The undersigned Complainant, being duly sworn, states:

On or about April 22, 2007, within the Southern District of California, defendant ALBERT RALPH FREEMAN III did knowingly possess one and more matters, to wit, a computer, that contained visual depictions that had been shipped in interstate and foreign commerce and that were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce, by various means including by computer, and the production of said visual depictions involved the of minors engaging in sexually explicit conduct as the term is defined in Title 18, United States Code, Section 2256, and the visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B). Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Daniel P. Evans
Special Agent, FBI

Sworn to me and subscribed in my presence this 11th day of July, 2008.

WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 3 years. I am currently assigned to Cyber Division of the San Diego field office, where I investigate crimes concerning child exploitation and the receipt, possession, production, and transmission of child pornography.

On April 22, 2007, your affiant, using an Internet connected computer, launched a specialized version of the peer-to-peer file sharing program LimeWire. This version of LimeWire allowed your affiant to connect directly to other peer-to-peer users on the internet for the purpose of downloading files. These internet subscribers can be identified through a unique set of numbers known as an Internet Protocol Address (hereafter IP Address). On this date the user assigned the IP Address 75.80.191.42 was making files available that bore names consistent with child pornography.

Based on this information your affiant connected with the user and downloaded 20 files, some of which contained child pornography, including images depicting children engaging in sexual acts. A Department of Justice Administrative Subpoena served upon Time Warner Cable for IP Address 75.80.191.42 confirmed that ALBERT RALPH FREEMAN III, of 10151 Camino Ruiz, Unit 31, San Diego, California, was the subscriber assigned the address during the time of the downloads.

On August 22, 2007, agents with the FBI and Naval Criminal Investigative Service (NCIS) executed a federal search warrant, as part of an Internet Crimes Against Children (ICAC) task force operation, on the residence of FREEMAN, located at 10151 Camino Ruiz, Unit 31, San Diego, California.

During the execution of this warrant, FREEMAN chose to speak with agents and acknowledged that he was the owner of a laptop located in his bedroom. He further admitted to using the peer-to-peer file sharing program LimeWire to download child pornography off other internet users' computers. After viewing the files and receiving sexual gratification, he

would delete the files until such time as he desired to see them again. When this would happen he would log back into LimeWire and download the desired files again.

A forensic review was conducted of the laptop seized from his bedroom, including the the "unallocated space" of the hard drive of the laptop. Unallocated space is space on a hard drive that potentially contains intact files, remnants of files, subdirectories or temporary files which were created and then deleted by a computer application, the operating system, or the operator. This forensic review revealed evidence, as indicated by old file listings, that files containing known child pornography files had been on his computer in the recent past.