O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES OF AMERICA
V.
ALBERT RALPH FREEMAN III

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR2740-JAH

I, ALBERT RALPH FREEMAN III, the above named defendant, who is accused of Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Children Engaged in Sexually Explicit Conduct

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~8/1/2008~~ 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer